**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 02-cr-00230-WJM-1

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GERARDO VIVEROS-GOMEZ,

       Defendant.

---

**ORDER QUASHING WARRANT AND
TERMINATING SUPERVISED RELEASE UNSUCCESSFULLY**

---

THIS MATTER comes to the attention of the Court upon request by the Probation Officer to dismiss supervised release violation proceedings in this case. On May 4, 2009, the defendant was sentenced in the Southern District of California to 86 months imprisonment to be followed by 3 years of supervised release, pursuant to a conviction for Deported Alien Found in the United States. The Court, having been advised in the facts and premises of the above case, it is hereby

ORDERED that the Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release, dated the 4th day of May, 2009, is hereby dismissed and the warrant quashed.

It is FURTHER ORDERED that the defendant's term of supervised release shall terminate unsuccessfully.

Dated this 2nd day of October, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge